Order Filed on
**10/24/2014**
by Clerk U.S. Bankruptcy
Court District of New Jersey

Carrie J. Boyle, Esquire
McDOWELL POSTERNOCK LAW, P.C.
46 West Main Street
Maple Shade, NJ 08052
(856) 482-5544
(856) 482-5511 fax
cboyle@mcdowellposternocklaw.com
*Attorneys for the Debtor-In-Possession*

*Caption in Compliance with D.N.J. LBR 9004-2(c)*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SETH DANIELS, | Case No. 13-32041-GMB |
| | Chapter 11 |
| Debtor | |

## STIPULATION AND CONSENT ORDER
## REGARDING TREATMENT OF NATIONSTAR MORTGAGE, LLC CLAIM

The relief set forth on the following pages numbered two (2) through four (4) is

hereby **ORDERED**.


**DATED: 10/24/2014**


_____
Gloria M. Burns, Chief Judge
United States Bankruptcy Court Judge

In Re: Seth Daniels, Debtor
Case No. 13-32041
Stipulation and Consent Order
Regarding Treatment of Nationstar Mortgage LLC Claim
Page 2 of 4

This matter came before the Court on the *Objection to Confirmation of the Chapter 11 Plan and Disclosure Statement* (the "Objection") filed, on August 11, 2014, by Nationstar Mortgage, LLC (the "Mortgage Holder"); and

**WHEREAS**, on October 8, 2013, the Debtor filed with the Court his voluntary petition for relief commencing the above-captioned Chapter 11 case;

**WHEREAS**, the Debtor is the legal owner of real estate located at 193 Pennington Avenue, Trenton, New Jersey (the "Property");

**WHEREAS**, as of March 22, 2012, JP Morgan Chase Bank held an interest in a note and mortgage lien executed by the Debtor, in favor of JP Morgan Chase Bank secured by the Property, which Mortgage secured an obligation of the Debtor to Jp Morgan Chase Bank in the original principal amount of $44,850.00 (the "Mortgage");

**WHEREAS**, Nationstar Mortgage, LLC is successor in interest under the Mortgage to JP Morgan Chase Bank;

**WHEREAS**, the Parties agree to a resolution of the matters alleged in the Objection and entered into this Stipulation and Consent Order Regarding Treatment of Nationstar Mortgage, LLC Claim (the "Stipulation");

**WHEREAS** the Court finds that (i) it has jurisdiction over the matters raised in the Complaint pursuant to 28 U.S.C. §§157 and 1334(b), (ii) Nationstar Mortgage, LLC

*Approved by Judge Gloria M. Burns October 24, 2014*

In Re: Seth Daniels, Debtor
Case No. 13-32041
Stipulation and Consent Order
Regarding Treatment of Nationstar Mortgage LLC Claim
Page 3 of 4

has stipulated to the relief requested in this Order and no further notice of this Order or

the Complaint is necessary in order to grant the relief requested herein, and (iii) based on

the Complaint, the pleadings in this case, and the stipulation of the parties, cause exists to

grant the relief requested in this Order.

**NOW THEREFORE, IT IS AGREED AND SO ORDERED:**

The Parties now agree with regards to the treatment of the Nationstar Mortgage,

LLC Claim (the "Stipulation") that:

1.   A total amount due of $43,055.00 shall be paid to Nationstar Mortgage,

LLC;

2.   The payments shall be made monthly over a 25 year term commencing on

November 1, 2014;

3.   The payments shall include an interest rate of 5%;

4.   All taxes and insurance shall be escrowed and included in the monthly

payment to Nationstar Mortgage, LLC.

3

In Re: Seth Daniels, Debtor
Case No. 13-32041
Stipulation and Consent Order
Regarding Treatment of Nationstar Mortgage LLC Claim
Page 4 of 4

Andrew Spivack, Esq.   Jennifer Gorchow, Esq.
PHELAN HALLINAN & DIAMOND, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
Tel. (856) 813-5500 ext 1566
Fax (856) 813-5501
Andrew.spivack@phelanhallinan.com


Carrie J. Boyle
McDowell Posternock Law, PC
46 W. Main Street
Maple Shade, NJ 08052
Telephone: (856) 482-5544
*Counsel to the Debtor*
Dated:

*Approved by Judge Gloria M. Burns October 24, 2014*